UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBERT LOGSDON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> Defendant. ) | Case No. 1:09CV00073 ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig [doc. #26], pursuant to 29 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate Judge's Report and Recommendation in its entirety. The Social Security Commissioner has made a sufficient showing of good cause to reverse and remand this case for further action.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand [doc. #24] is **GRANTED**. Under sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** for further development of the record, consistent with this Order and the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig.

Dated this 22nd Day of March, 2010.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE